# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WHITEHOUSE,<br><br>        Plaintiff,<br><br>   v.<br><br>SIGNATURE HEALTH CARE SERVICES LLC,<br><br>        Defendant. | Case No.: 1:18-CV-00266 DAD JLT<br><br>ORDER REFERRING THE MATTER TO VDRP |

The parties have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. (Doc. 17) Therefore, the Court **ORDERS**:

    1.    The matter is referred to the Voluntary Dispute Resolution Program;

    2.    The deposition of the plaintiff SHALL go forward as scheduled but all other case dates are **VACATED** and the case schedule will be addressed if it becomes necessary.

IT IS SO ORDERED.

    Dated:   **July 12, 2018**                  **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE