# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WHITEHOUSE, <br><br> Plaintiffs, <br><br> v. <br><br> SIGNATURE HEALTH CARE SERVICES, LLC, <br><br> Defendant. | Case No.: 1:18-cv-0266- DAD - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 22) |

On December 11, 2018, Plaintiff informed the Court the parties settled the case through the Court's Voluntary Dispute Resolution Program. (Doc. 22) Accordingly, the Court **ORDERS**:

1. A Stipulation of Dismissal **SHALL** be filed no later than **January 7, 2019**; and
2. All other pending deadlines, conferences, and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **December 12, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE