# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WHITEHOUSE, <br><br> Plaintiffs, <br><br> v. <br><br> SIGNATURE HEALTH CARE SERVICES, LLC, <br><br> Defendant. | Case No.: 1:18-cv-0266- DAD - JLT <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On December 11, 2018, Plaintiff informed the Court the parties settled the case. (Doc. 22) The Court ordered the parties to file their stipulated dismissal by January 7, 2019 (Doc. 23), but they have not done so. Thus, no later than January 18, 2019, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, they may file the stipulated dismissal by January 18, 2019.

IT IS SO ORDERED.

Dated: **January 10, 2019**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE