# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WHITEHOUSE, <br><br> Plaintiffs, <br><br> v. <br><br> SIGNATURE HEALTH CARE SERVICES, LLC, <br><br> Defendant. | Case No.: 1:18-cv-0266- DAD - JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br> (Doc. 24) |

Due to the notifying the Court that the matter had settled, the Court ordered the parties to file their stipulated dismissal by January 7, 2019 (Doc. 23). The failed to comply. In response to the Court's order to show cause why sanctions should not be imposed (Doc. 24), they explain they will be in a position to file the stipulated dismissal by February 8, 2019. Id. Thus, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**;

2. The stipulated dismissal SHALL be filed no later than February 8, 2019.

IT IS SO ORDERED.

Dated: **January 16, 2019**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE